WRIGHT v. MAYOR AND COUNCIL OF FORSYTH.

116 799
Case 1
121 367

SIMMONS, C. J.   Where a municipal ordinance declares that "it shall be unlawful for any barber-shop to be kept open or to do any business on the Sabbath day," it is not a violation of such ordinance for the owner of a barber-shop to open the door of his shop on the Sabbath day, go inside, and close the door after him, being engaged, when arrested for a violation of the ordinance, in shining his own shoes.   The construction given to similar words used in the Penal Code in regard to keeping open a tippling-house on the Sabbath day will not be extended to a class of houses the business conducted in which is not in itself calculated to create a nuisance or to lead to disorder or a breach of the public peace but which, on the contrary, tends to cleanliness and decency.

*Judgment reversed.   All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted October 22, — Decided December 13, 1902.

Certiorari.   Before Judge Reagan.   Monroe superior court. August 29, 1902.

*Persons & Persons* and *J. W. Bowden,* for plaintiff in error. *Cabaniss & Willingham,* contra.